JOHN S. LEONARDO
United States Attorney
District of Arizona
REESE V. BOSTWICK
Assistant U.S. Attorney
Arizona State Bar No. 009934
E-mail: reese.bostwick@usdoj.gov
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CIV |
|---|---|
| Plaintiff, | **COMPLAINT FOR FORFEITURE IN REM** |
| v. | |
| $20,000 in United States currency, | |
| Defendant. | |

COMES NOW the United States of America, by and through its undersigned counsel, in the civil cause of forfeiture and alleges on information and belief:

1. That this is a civil action in rem brought to enforce the provisions of, a) Title 31, United States Code, Sections 5332(c) for the forfeiture of $20,000 in United States currency, involved in a violation of Title 31, United States Code, Section 5332(a), that is, the transfer or attempted transfer from any place within the United States, to a place outside the United States, of concealed currency or other monetary instruments more than ten thousand dollars ($10,000), on the person of an individual or in any conveyance, article of luggage, merchandise, or other container, with the intent to evade and not file a currency and monetary instruments report; and b) Title 31, United States Code, Sections 5317(c)(2) for the forfeiture of $20,000 in United States currency involved in a violation of Title 31, United States Code, Section 5316, that is, the transportation or attempted transportation of monetary instruments of more than ten thousand dollars ($10,000) at

one time, from the United States, to a place outside of the United States, with the intent to willfully fail to file a report as required by the Currency and Foreign Transaction Reporting Act of 1970 as amended in 1986.

2. That this Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355(a).

3. That this Court has in rem jurisdiction pursuant to Title 28, United States Code, Section 1355(b).

4. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28, United States Code, Section 1395 because the property is located in this district.

5. That an attempt to transport the defendant currency from the United States into the Republic of Mexico through the DeConcini Port of Entry, Nogales, Arizona was made with the intent to evade and not file a currency and monetary instruments report, as appears more fully in the affidavit of U.S. Homeland Security Investigations Special Agent Alexander S. Garcia, attached to the Complaint for Forfeiture in rem, and is, therefore, subject to forfeiture to the United States as alleged in paragraph one.

6. That the defendant currency was seized on June 3, 2012 at the DeConcini Port of Entry, Nogales, Arizona is presently in the custody of the United States Customs and Border Protection within the jurisdiction of this Court and will remain therein throughout the course of these proceedings.

7. That Javier Mendoza-Quintero and Angelica Janette Grijalva-Rico may file verified claims regarding the defendant currency.

Wherefore, Plaintiff prays that due process issue to enforce the forfeiture of the defendant currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; and prays that the defendant currency be condemned and forfeited to the United States of America, and delivered to the custody of the United States Customs and Border Protection for disposition according to law; and that the

1  United States of America be granted such other relief as this Court may deem just and
2  proper, together with the costs and disbursements of this action.
3
4        Respectfully submitted this 11th day of December, 2012.

    JOHN S. LEONARDO
    United States Attorney
    District of Arizona

    *s/ Reese V. Bostwick*

    REESE V. BOSTWICK
    Assistant United States Attorney

## VERIFICATION

I, Special Agent Alexander S. Garcia, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Homeland Security Investigations, that I have read the foregoing Complaint for Forfeiture <u>In</u> <u>Rem</u> and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my case, together with others, as a Special Agent of the U.S. Homeland Security Investigations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 12 /11 , 2012.

_____
Alexander S. Garcia
Special Agent
U.S. Homeland Security Investigations